**United States Court of Appeals for the Tenth Circuit**
**OFFICE OF THE CLERK**
**Byron White United States Courthouse**
**1823 Stout Street**
**Denver, Colorado 80257**
**(303)844-3157**

**Elisabeth A. Shumaker**
**Clerk of Court**

**Douglas E. Cressler**
**Chief Deputy Clerk**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 23 2006

GREGORY C. LANGHAM
CLERK

June 22, 2006

Mr. Timmy C. Riggle
Ms. Kelly A. Riggle
9431 Crestmore Way
Highlands Ranch, CO 80126

Ms. Kristol Ann Smith
Mr. Wilbur Lucion Smith
1120 23 Road
Grand Junction, CO 81505

Mr. Clinton S. Clock
Mr. Kirby Alan Clock
14432 Cresthaven Road
Paonia, CO 81428

Ms. Lori Kay DeVeau
Mr. Mark Gerard DeVeau
11038 W. National Avenue
West Allis, WI 53227

Mr. Chester I. Ferguson, III
Ms. Linda Rae Ferguson
4105 Northlake Drive
West Richland, WA 99353

Ms. Sharon Bestold Plikerd
Mr. William D. Plikerd
11930 Marne Road NE
Newark, OH 43055

Mr. Michael Skillo
393 Roberts Court
Grand Junction, CO 81504

Ms. Beverly J. Peck
P.O. Box 70
Prescott, AZ 86302-0070

Mr. Anton John Ruehl
Ms. Lorraine Karen Ruehl
P.O. Box 1263
Lake Sherwood, MO 63357

Ms. Tara LaGrand
Federal Correctional Complex
811 NE 54th Terrace
#33580-018

Coleman, FL 33521

Lyn Bridges
6490 West 44th Avenue
Wheat Ridge, CO 80033

Ms. Mindy Greenwald
Law Office of Stephen E. Berken
1159 Delaware Street
Denver, CO 80204

Mr. Richard Marks
Taft Correctional Institution
#06368-097 A1A
P.O. Box 7001
Taft, CA 93268

Re: 06-1253, In re: Riggle
Dist/Ag docket: 05-CV-2104-REB-PAC

Dear Petitioners and Counsel:

Enclosed is a copy of the final order entered today in this case.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk, Court of Appeals

By: [signature]
Deputy Clerk

clk:sts

cc:
Gregory C. Langham, Clerk

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

In re:

TIMMY C. RIGGLE; KELLY A. RIGGLE; KRISTOL ANN SMITH; WILBUR LUCION SMITH; CLINTON S. CLOCK; KIRBY ALAN CLOCK; LORI KAY DEVEAU; MARK GERARD DEVEAU; CHESTER I. FERGUSON, III; LINDA RAE FERGUSON; SHARON BESTOLD PLIKERD; WILLIAM D. PLIKERD; MICHAEL SKILLO; BEVERLY J. PECK; ANTON JOHN RUEHL; LORRAINE KAREN RUEHL,

Petitioners.

No. 06-1253

---

ORDER

Filed June 22, 2006

---

Before **KELLY**, **LUCERO**, and **O'BRIEN**, Circuit Judges.

---

The above-named petitioners seek a writ of mandamus from this court ordering the district court to adjudicate their case forthwith and rule in favor of petitioners on their motion for summary judgment.

> Mandamus is an extraordinary remedy, which will issue only upon a showing (1) that petitioner has a clear right to the relief sought, (2) that the respondent has a plainly defined and peremptory duty to

> do the action in question, and (3) that no other adequate remedy [is] available. The petitioner seeking the issuance of a writ of mandamus bears the burden of showing that his or her right to the writ is clear and indisputable.

*In re McCarthey*, 368 F.3d 1266, 1268 (10th Cir. 2004) (quotations and citations omitted). Because the district court has not unduly delayed the consideration of petitioners' motion, petitioners have not demonstrated their entitlement to mandamus relief. The petition for a writ of mandamus is DENIED.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

By:
Deputy Clerk